No. 86–1574. CHEMEHUEVI INDIAN TRIBE *v.* CALIFORNIA STATE BOARD OF EQUALIZATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1581. NEUMANN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 86–1583. WILSON *v.* McDANIEL, SECRETARY OF STATE OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 86–1584. PLAS ET AL. *v.* AUSTIN, SECRETARY OF STATE OF MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1585. DAROFF ET AL. *v.* DUNKIN' DONUTS OF PENNSYLVANIA, INC. Super. Ct. Pa. Certiorari denied.

No. 86–1592. MADDOX *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 86–1595. WOMBLE *v.* SEABOARD SYSTEM RAILROAD. C. A. 11th Cir. Certiorari denied.

No. 86–1605. ROGERS *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 86–1609. GRABNER *v.* CONTI ET AL. Super. Ct. Pa. Certiorari denied.

No. 86–1610. JOHNSON *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 86–1624. WITHWORTH, SUPERINTENDENT, COMMUNITY CORRECTIONAL INSTITUTE, ET AL. *v.* WANG. C. A. 6th Cir. Certiorari denied.

No. 86–1637. WALDMANN *v.* GRANT, TRUSTEE IN BANKRUPTCY FOR CONTINENTAL SOUTHEAST LAND CORP. C. A. 11th Cir. Certiorari denied.

No. 86–1641. LOCKSLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.